IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 3:96-cr-005** |
| | : | |
| **v.** | : | |
| | : | |
| **JULIO OTERO** | : | **Judge Sylvia H. Rambo** |

### **O R D E R**

**AND NOW**, this 16th day of May, 2017, the motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6) is **DENIED**.

                                                                                   s/Sylvia H. Rambo  
                                                                                   SYLVIA H. RAMBO  
                                                                                   United States District Judge